# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19-cr-192 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JORGE ALBERTO ALVARENGA-TEJADA, | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge Kathleen B. Burke's report and recommendation that the Court ACCEPT Defendant Jorge Alberto Alvarenga-Tejada's ("Defendant") plea of guilty and enter a finding of guilty against defendant. (Doc. No. 12.)

On March 27, 2019, the government filed an indictment against defendant. (Doc. No. 1.) This Court issued an order, effective May 24, 2019, assigning this case to Magistrate Judge Kathleen B. Burke for the purpose of receiving defendant's guilty plea. (Doc. No. 14.)

On May 24, 2019, a hearing was held in which defendant entered a plea of guilty to count 1 of the indictment, charging him with Illegal Reentry, in violation of 8 U.S.C. Section 1326. Magistrate Judge Burke received defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 12.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it

was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the defendant's plea of guilty is APPROVED.

Therefore, the defendant is adjudged guilty of count 1 in violation of 8 U.S.C. Section 1326. The sentencing will be held on July 23. 2019 at 2:00 p.m.

    **IT IS SO ORDERED**.

Dated: July 3, 2019

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**